# In the United States Court of Federal Claims

Nos. 18-593C, 18-594C, & 18-597C
**CONSOLIDATED**
(Filed: August 24, 2018)

| | |
|---|---|
| NARA G. KING, | ) |
| *Pro Se* Plaintiff, | ) ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**FILED**

AUG 24 2018

U.S. COURT OF
FEDERAL CLAIMS

**O R D E R**

On June 21, 2018, the court issued an order (Docket No. 7) which granted defendant's motion to consolidate three of *pro se* plaintiff's complaints. In that same order the court gave notice that Ms. King had until July 20, 2018, to respond to defendant's motion to dismiss (Docket No. 6). On August 9, 2018, the court issued a second order (Docket No. 10) giving notice that Ms. King had until August 17, 2018, to respond to defendant's motion to dismiss and that failure to do so, would result the dismissal of the consolidated cases for failure to prosecute.[1]

A review of court records indicates that as of this date, Ms. King has yet to respond to defendant's motion to dismiss the above-captioned consolidated cases. Accordingly, because Ms. King has failed to timely comply with the courts orders, the above-captioned consolidated cases are hereby **DIMISSED** pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims for failure to prosecute.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge

---

[1] A courtesy copy of the court's June 21, 2018 and August 9, 2018 orders, referenced above, are attached.

7016 3010 0000 4308 4836

ORIGINAL

# In the United States Court of Federal Claims

No. 18-593C
(Filed: June 21, 2018)

**FILED**

JUN 2 1 2018

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| NARA G. KING, | ) |
| *Pro Se* Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

The court is in receipt of defendant's motion (Docket Entry 6), filed June 20, 2018, (1) to consolidate the above-captioned case with the two other cases filed by *pro se* plaintiff, Case No. 18-594C and 18-597C and (2) to dismiss the three complaints filed. The court **ORDERS** as follows:

(1)   Defendant's motion to consolidate *pro se* plaintiff's three cases is **GRANTED**. Accordingly, Case Nos. 18-593C, 18-594C, and 18-597C are hereby **CONSOLIDATED**. All future filings shall be filed in the lead case, Case No. 18-593C.

(2)   *Pro se* plaintiff shall have until **July 20, 2018** to file respond to defendant's motion to dismiss his complaints.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge

**ORIGINAL**

In the United States Court of Federal Claims

Nos. 18-593C, 18-594C, & 18-597C
**CONSOLIDATED**
(Filed: August 9, 2018)

| | |
|---|---|
| NARA G. KING, <br><br> *Pro Se* Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

FILED

AUG - 9 2018

U.S. COURT OF
FEDERAL CLAIMS

# ORDER

On June 20, 2018, defendant filed a motion to consolidate Case Nos. 18-593C, 18-594C, and 18-597C and to dismiss the plaintiff's complaints in these three cases (Docket No. 6). On June 21, 2018, the court (Docket No. 7) issued an order granting defendant's motion to consolidate. The court's order also gave plaintiff notice that she had until July 20, 2018, to respond to defendant's motion.

A review of court records indicates that plaintiff has yet to respond to defendant's motion to dismiss his complaints in the above-captioned consolidated matter. Plaintiff shall have until **August 17, 2018**, to respond to defendant's motion to dismiss the three consolidated cases. Should plaintiff fail to respond, the court will dismiss the above-captioned consolidated cases for failure to prosecute.

**IT IS SO ORDERED.**

*[signature]*

NANCY B. FIRESTONE
Senior Judge

USPS Certified Mail: 7017 1450 0000 6959 9757